FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICIA PASCHALL, | No. 2:25-CV-00149-RLP |
| Plaintiff, | ORDER DENYING MOTION FOR CONSOLIDATION, CHANGE OF VENUE, AND INJUNCTIVE RELIEF |
| v. | |
| AMBER ANDRADE and JULIE HARDISON, | |
| Defendants. | |

Before the Court is Plaintiff Alicia Paschall's Motion for Consolidation, Change of Venue, and Injunctive Relief, ECF No. 12. For the reasons provided in the Court's previous order denying relief, ECF No. 11, Ms. Paschall's instant motion is denied. The Court reminds Ms. Paschall that motions for relief will not be considered until Ms. Paschall demonstrates service.

//

//

ORDER DENYING MOTIONS FOR RELIEF AND DIRECTING SERVICE * 1

**IT IS ORDERED:**

1. Plaintiff Alicia Paschall's Motion for Consolidation, Change of Venue, and Injunctive Relief, **ECF No. 12**, is **DENIED** with leave to renew.

DATED June 9, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE