AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2025

SEAN F. McAVOY, CLERK

ALICIA PASCHALL,
    *Plaintiff*
v.
AMBER ANDRADE and JULIE HARDISON,
    *Defendants*

Civil Action No. 2:25-cv-00149-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff Alicia Paschall's Third Amended Complaint, ECF No. 24, is DISMISSED without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2). Plaintiff Motion for Appointment of Counsel and Request for Subpoena of Records, ECF No. 25, is DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   REBECCA L. PENNELL

Date:   11/14/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*